# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SHANDIN JEAN WILSON,<br><br>                              Defendant. | Case No.: 20CR1999-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for January 21, 2022 shall be continued to **March 11, 2022** at **1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge