**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHANDIN JEAN WILSON,<br><br>        Defendant. | Case No. 3:20-cr-01999-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>The Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, the Court continues the upcoming motion hearing/trial setting from April 15, 2022, to May 20, 2022, at 1:30PM, and orders time excluded from the date of this order through May 20, 2022, under the Speedy Trial Act. The Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant is a speedy trial based on the representation that Defendant has already executed a plea agreement and will execute a new copy free of extraneous notations. *See* 18 U.S.C. 3161(h)(7)(A).

**SO ORDERED.**

Dated: April 13, 2022

Hon. Janis L. Sammartino
United States District Judge